# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS AND LISSA DOE,<br><br>Plaintiff,<br><br>vs.<br><br>PARK BOULEVARD PHARMACY; et al.,<br><br>Defendants. | CASE NO. 07-CV-950 — IEG (RBB)<br><br>**ORDER: 1) GRANTING MOTION FOR DISMISSAL WITH PREJUDICE; and 2) DENYING MOTION FOR DISMISSAL AS MOOT**<br><br>**[Doc. Nos. 3, 4]** |

Presently before the court is a motion to dismiss this action with prejudice filed by plaintiff. (Doc. No. 4.)  Upon good cause appearing, the court hereby **GRANTS** the plaintiff's motion.  All defendants are **dismissed** from this case with prejudice and the this action is dismissed in its entirety with prejudice.  The Clerk of Court is ordered to terminate this matter.

Plaintiff's prior motion to dismiss, (Doc. No. 3), is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED: June 28, 2007**

*Irma E. Gonzalez*

**HON. IRMA E. GONZALEZ, Chief Judge**
United States District Court
Southern District of California